First National Bank v. Chicago San. Rag Co., 201 Ill. App. 507.

## Abstract of the Decision.

VENUE, § 10*—*when motion for change of erroneously refused.* The refusal of the trial court to grant the defendants' motion for a change of venue, *held* reversible error under the ruling in *Feigen v. Shaeffer*, 256 Ill. 493.

---

## First National Bank of Allegan, Michigan, Defendant in Error, v. Chicago Sanitary Rag Company, Plaintiff in Error.

### Gen. No. 21,601.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed October 10, 1916.

## Statement of the Case.

Action by the First National Bank of Allegan, Michigan, plaintiff, against the Chicago Sanitary Rag Company, a corporation, defendant. To review a judgment for plaintiff, defendant prosecutes a writ of error.

BENJAMIN P. RUEKBERG, for plaintiff in error.

MUSGRAVE, OPPENHEIM & LEE, for defendant in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

## Abstract of the Decision.

CONTINUANCE, § 66*—*when refusal of motion for on ground of absence of material witness is harmless error.* Refusal of the trial court to grant the defendant's motion for a continuance on the

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ground of the absence of a material witness, *held* not reversible error where the affidavit filed in support of the motion, though setting forth that the witness was an important witness for the defendant, that it had a good defense to the action as set forth in the affidavit of merits, that the witness could substantiate the allegations therein if he were present and that without his presence the defendant would be greatly prejudiced, did not set forth the particular facts to which such witness would testify if present at the trial, and did not show diligence on the part of the defendant to procure the attendance of such witness.

## Michael Kramp et al., Plaintiffs in Error, v. Louis Thexton et al., Defendants in Error.

### Gen. No. 21,673. (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. WILLIAM FENIMORE COOPER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed October 10, 1916.

### Statement of the Case.

Suit by Michael Kramp *et al.*, complainants, against Louis Thexton *et al.*, defendants, to foreclose a mortgage. To review an order setting aside a personal deficiency decree entered against Louis Thexton, the complainants prosecute a writ of error.

This case was before the Appellate Court on a former appeal in *Kramp v. Kramp*, 185 Ill. App. 464, wherein a decree, ordering that certain premises in which Louis Thexton owned the equity be sold subject to a first mortgage to pay a second mortgage, was affirmed. After sale of the premises an order was entered in the Superior Court approving the sale, and a personal deficiency judgment was entered against Louis Thexton and the one who had executed the second mortgage. On motion by Louis Thexton an order